*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 21-BG-218

IN RE CHRISTIAN LEVINE SIMPSON

**2021 DDN 42**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 472847**

BEFORE: Glickman and McLeese, Associate Judges, and Fisher, Senior Judge.


**O R D E R**
(FILED – June 17, 2021)


On consideration of the certified order of the Circuit Court for the City of Richmond, Virginia suspending respondent from the practice of law in that jurisdiction by consent for a period of 45 days; this court's April 15, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; the statement of respondent stating that he does not oppose the imposition of reciprocal discipline; respondent's D.C. Bar R. XI, §14(g) affidavit; and the statement of Disciplinary Counsel, it is

ORDERED that Christian Levine Simpson is hereby suspended from the practice of law in the District of Columbia for a period of 45 days *nunc pro tunc* to May 20, 2021.


**PER CURIAM**